**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03295-BNB

DAVID J. HANSON,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 17, 2012, Plaintiff filed a "Motion Requesting Orders for Principal Bank to Release Funds for Payment of Fees, etc." (Doc. No. 3).  The motion is DENIED.  Plaintiff is responsible for arranging to have his payments forwarded to the Court.

    On January 17, 2012, Plaintiff filed a second motion titled "Motion for Extension Pending Decision on Attached Motion, and to Adequately Prepare" (Doc. No. 4) which is also DENIED.  The Court does not require Plaintiff submit copies, nor does the Court provide an extension of time to formalize a complaint.

Dated:  January 19, 2012