IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03295-BNB

IN RE:  DAVID J. HANSON, Ens Legis,

    Plaintiff,

v.

TOM CLEMENTS, (d.b.a.) Executive Director, CDOC,

    Defendant.

ORDER OF DISMISSAL

Plaintiff, David J. Hanson, is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado.  Mr. Hanson, acting *pro se*, initiated this action by filing a Notice and Request to file a habeas action under 28 U.S.C. § 2241.  In an order entered on December 21, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Hanson to cure certain deficiencies.  Specifically, Magistrate Judge Boland directed Mr. Hanson to submit his claims and his request to proceed pursuant to § 1915 on the proper Court-Approved forms.  Magistrate Judge Boland warned Mr. Hanson that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On January 25, 2012, Mr. Hanson filed a request for certification of a class action, a prisoner complaint, and three motions to supplement the complaint.  The Court will not consider any of these filings because Mr. Hanson has failed to cure all the deficiencies noted in the December 21 Order.  He has failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified

account statement. Therefore, the action will be dismissed without prejudice for failure to comply with all noted deficiencies in the December 21 Order.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Hanson files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma paupers* on appeal is denied. It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Hanson has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this   1st   day of   February  , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court